IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARK STEVEN COX                                                                                    PLAINTIFF

V.                                         3:07CV00200 SWW/JTR

LARRY MILLS,
Sheriff of Poinsett County, et al.                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff shall PROCEED with his equal protection claim against Defendant Arnold, and all other claims and Defendants are DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief maybe granted.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

3.      The Clerk is directed to prepare a summons for Defendant Arnold, and the United States Marshal is directed to serve the summons, Complaint (docket entry #2), the Amended Complaint (docket entry #8), and this Order upon her without prepayment of fees and costs or

security therefor.

        Dated this 12th day of February 2008.

                                                          /s/Susan Webber Wright

                                                          UNITED STATES DISTRICT JUDGE