**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARK STEVEN COX                                                                                          PLAINTIFF

V.                                    3:07CV00200 BSM/JTR

PAULETT ARNOLD,
Administrator, Poinsett County Detention Center                                         DEFENDANT

**JUDGMENT**

Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v), this case is DISMISSED, WITHOUT PREJUDICE, due to plaintiff's failure to timely and properly comply with the court's August 20, 2008 discovery order.   Further, the court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

DATED this 12th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE